# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: § | |
| § | |
| Liliana Elizabeth Amaya § | |
| § | |
| DEBTOR, § | |
| § | |
| _____ § | Chapter 13 |
| § | |
| Liliana Elizabeth Amaya, § | Case No. 17-62575-BEM |
| § | |
| Plaintiff, § | |
| v. § | |
| § | |
| National Collegiate Student Loan § | |
| Trust 2005, § | |
| § | |
| Defendant. § | |

## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S MOTION TO AVOID JUDICIAL LIEN

Defendant, National Collegiate Student Loan Trust 2005 (NCSLT), and Plaintiff Liliana Elizabeth Amaya, through counsel and pursuant to BR 9006 and BLR 9006-1, hereby stipulate to an extension of two weeks for NCSLT to respond to the motion, and states:

1

1. On or about September 6, 2017, plaintiff filed her Motion to Avoid Judicial Lien, thereby making responsive pleadings due September 30, 2017.

2. Counsel for NCSLT and counsel for Plaintiff conferred regarding the requested extension. Plaintiff is unopposed to the relief requested herein.

3. NCSLT has not requested any prior extensions in this action.

4. There are no pending hearings or matters between the above-mentioned parties currently before the Court.

5. Pursuant to BLR 9006-1, the parties may stipulate to a single extension of no more than 30 days. Accordingly, the parties stipulate that NCSLT's responsive pleading deadline shall be extended to October 16, 2017.

Dated: 10/2/2017

Respectfully submitted

| | |
|---|---|
| /s/ Carson Walden | /s/ Wendi E. Fassbender |
| Carson Walden, Esq. | Wendi Fassbender, Esq. |
| GA Bar. No. 942889 | GA Bar No. 179133 |
| Walden, Goodhart, Harden & New, LLC | Sessions, Fishman, Nathan & Israel, LLC |
| 315 W. Ponce de Leon Ave, Ste. 757 | 3001 Look Out Place, NE |
| Decatur, GA 30030 | Atlanta, GA 30305 |
| (404) 884-8315 | Telephone: (678) 209-7492 |
| Fax : (404) 924-7051 | Fax: (877) 480-5639 |
| Email: cwalden@wghnlaw.com | Email: wfassbender@sessions.legal |
| *Attorneys for the Plaintiff* | *Attorneys for Defendant, National Collegiate Student Loan Trust* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2017, a copy of the foregoing was served electronically via CM/ECF on the following:

Carson Walden, Esq.
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue, Suite 757
Decatur, GA 30030
cwalden@wghnlaw.com

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

/s/ Wendi E. Fassbender
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
*Attorneys for Defendant,*
*National Collegiate Student Loan Trust*